PROB 12C
(7/93)

Report Date: May 23, 2014

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAY 27 2014

SEAN F. McAVOY, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Jose Luis Herrera-Herrera          Case Number: 0980 2:06CR02113-001

Address of Offender:

Name of Sentencing Judicial Officer:  The Honorable Wm. Fremming Nielsen

Date of Original Sentence: June 20, 2007

| | | |
|---|---|---|
| Original Offense: | Alien in United States After Deportation, 8 U.S.C. § 1326 | |
| Original Sentence: | Prison 90 months; TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Thomas J. Hanlon | Date Supervision Commenced: 12/31/2013 |
| Defense Attorney: | Gregory L. Scott | Date Supervision Expires: 12/30/2016 |

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following conditions of supervision:

Violation Number     Nature of Noncompliance

  1                  **Mandatory Condition # 2**: The defendant shall not commit another federal, state, or local crime.

  2                  **Special Condition # 14**: You are prohibited from returning to the United States without advance legal permission from the United States Attorney General or his designee. Should you reenter the United States, you are required to report to the probation office within 72 hours of reentry.

                     **Supporting Evidence**: On May 23, 2014, U.S. Probation received notice the defendant had been arrested on May 16, 2014, in the Southern District of California. Record checks show that on May 19, 2014, the defendant was charged with a violation of 8 U.S.C. § 1326 in the Southern District of California under magistrate number 3:14MJ01785-BGS-1. The complaint filed in that matter indicates on May 16, 2014, Border Patrol agents observed an individual walking north in an area known to agents as "Goats Canyon." An agent responded to this location and found three individuals, one of which was later identified as the defendant, attempting to conceal themselves in brush.

                     During an immigration inspection, the defendant freely admitted being a citizen of Mexico and not having in his possession any immigration documents that would allow him to enter or remain in the United States. A search of immigration records confirmed the defendant

Prob12C
Re: Herrera-Herrera, Jose Luis
May 23, 2014
Page 2

had been deported on January 15, 2014, through Brownsville/Matamoros, Texas, and he had not applied for permission from the Attorney General of the United States or the Secretary of the Department of Homeland Security to return to the United States after having been removed.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   05/23/2014

s/Jose Zepeda

Jose Zepeda
U.S. Probation Officer

## THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  Other

Signature of Judicial Officer

5/27/14
Date